# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JAMIE AGUIRRE and )
KEVIN DUBOIS, )
)
    Plaintiffs, )
)
v. ) Case No. CV408-226
)
THOMAS AMMONS, Warden; )
CAPTAIN POPE; SERGEANT )
JERKINS; SERGEANT WILLIAMS; )
SERGEANT HERD; and )
MS. OLIVER, Staff; )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 2 day of Feb, 2009.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA