

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

JAMIE AGUIRRE, )
)
    Plaintiff, )
)
v. ) Case No. CV408-226
)
THOMAS AMMONS, *Warden*; )
CAPTAIN POPE; SERGEANT )
JERKINS; SERGEANT WILLIAMS; )
SERGEANT HERD; and )
MS. OLIVER, Staff; )
)
    Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _15_ day of _April_, 2009.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA